**TEAM ONE PROPERTIES LLC, c/o Larry Jackson, Plaintiff— Appellant,**

v.

**CERTAIN UNDERWRITERS AT LLOYDS LONDON, Defendant—Appellee.**

No. 08–30027
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 9, 2008.

David William Bernberg, New Orleans, LA, for Plaintiff–Appellant.

Ethan N. Penn, New Orleans, LA for Defendant–Appellee.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Team One Properties LLC purchased an insurance policy at Lloyds of London. As this court has previously explained in detail, Lloyds is not an underwriter of any

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

of the policies, acting only as a facilitator for insurers and insureds to engage each other. *See Corfield v. Dallas Glen Hills LP*, 355 F.3d 853 (5th Cir.2003).

At issue here is whether Team One is entitled to an additional $47,594.37 for its insurance claim. The risk of the $70,000 policy was divided among 4,435 underwriters. The district court found that Team One did not demonstrate that the amount in controversy against any completely diverse underwriter was in excess of the jurisdictional $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332. We agree.

For the reasons stated by the district court, the dismissal is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.